AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 2.34(a)(2) - Disorderly Conduct (Class B Misdemeanor); 36 C.F.R. § 2.32(a)(1) - Interfering with Agency Functions (Class B Misdemeanor).

☒ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY:
6 months in jail
$5,000 fine
$10 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 28 AM 9:07
RICHARD W. WIEKING
U.S. DISTRICT COURT

**DEFENDANT - U.S.**
MICHAEL JOSEPH DEL DEBBIO

CR 08    0492 MAG

DISTRICT COURT NUMBER

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    WENDY M. THOMAS

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ 6/18/08

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction     } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
2  United States Attorney

FILED
08 JUL 28 AM 9:07
RICHARD W. WIEKING
U.S. DISTRICT COURT
[CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

CR 08    0492

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR |
| Plaintiff, ) | VIOLATION: 36 C.F.R. § 2.34(a)(2) – Disorderly Conduct (Class B Misdemeanor); 36 C.F.R. § 2.32(a)(1) – Interfering with Agency Functions (Class B Misdemeanor); |
| v. ) | |
| MICHAEL JOSEPH DEL DEBBIO, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 2.34(a)(2) – Disorderly Conduct

On or about June 18, 2008, in the Northern District of California, within the boundaries of an area within the purview of the National Park Service, the defendant,

MICHAEL JOSEPH DEL DEBBIO,

with the intent to cause public alarm, nuisance, jeopardy, and violence, and knowingly and recklessly creating a risk thereof, used language, an utterance, and gesture, and engaged in a display and act that is obscene, physically threatening and menacing, to wit: the defendant approached two children and yelled, "What's your fucking name?" and "Are you Jewish?" and

INFORMATION

brandished a hammer at victim V.N., in violation of Title 36, Code of Federal Regulations, Section 2.34(a)(2), a Class B Misdemeanor.

COUNT TWO: 36 C.F.R. § 2.32(a)(1) – Interfering with Agency Functions

On or about June 18, 2008, in the Northern District of California, within the boundaries of an area within the purview of the National Park Service, the defendant,

MICHAEL JOSEPH DEL DEBBIO,

threatened, resisted, intimidated, and intentionally interfered with a government employee engaged in an official duty and on account of the performance of an official duty, to wit: the defendant attempted to run away from the arresting officer and yanked his arm away from the arresting officer, in violation of Title 36, Code of Federal Regulations, Section 2.32(a)(1), a Class B Misdemeanor.

DATED: July 25, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION